IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DENNIS ROGER PUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-220 |
| | ) | |
| EDWARD PHILBIN; CONNIE MELCHERT; | ) | |
| DR. ALSTON; DR. MACOMSON; | ) | |
| AUGUSTA UNIVERSITY; GEORGIA | ) | |
| DEPARTMENT OF CORRECTIONS; | ) | |
| and MANUFACTURER OF DEVICE | ) | |
| in neck, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Augusta University, Georgia Department of Corrections, Philbin, Melchert, Alston, and the Manufacturer of the device in Plaintiff's neck because Plaintiff fails to state a claim against them upon which relief can be granted. The case shall proceed against Defendant Macomson as described in the Magistrate Judge's April 2, 2020 Order. (See doc. no. 14.)

SO ORDERED this 30th day of April, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA