AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DENNIS ROGER PUCKETT,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 119-220

SAMUEL D. MACOMSON, M.D.,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 11, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, Defendant's motion for summary judgment is granted. Judgment is entered in favor of Defendant Macomson. This case stands closed.



May 11, 2021  
Date

John E. Triplett, Acting Clerk  
Clerk

*Candy Asbell*  
(By) Deputy Clerk

GAS Rev 10/2020